# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | ) | |
|---|---|---|
| Lashonda Weaver and Alfred L. Weaver, Jr. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 6:09-2068-HFF |
| | ) | |
| Tina Marie Peterson | ) | |
| *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by Judge Henry F. Floyd on a R&R dismissing this case without prejudice and without issuance and service of process.


Date: August 31, 2009                                    *CLERK OF COURT*


                                                         **s/Angela Lewis**

                                                         *Signature of Clerk or Deputy Clerk*